IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WILLIAM ANTHONY SURBER,

    Plaintiff,
v.                                            CASE NO. 1:04-cv-00088-MP-AK

DIXIE COUNTY JAIL,
KEITH ONEAL, et al.,

    Defendants.
_____/

## O R D E R

This matter is before the Court on Doc. 15, Motion for Extension of Time to File Objections as to Doc. 14, Report and Recommendations. In order to allow full adjudication of this case, the motion is granted. The plaintiff shall file any objections to the Report and Recommendation by Friday, January 13, 2006.

**DONE AND ORDERED** this   *23rd* day of December, 2005

                              *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge