IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WILLIAM ANTHONY SURBER,

    Plaintiff,

v.                                                      CASE NO. 1:04-cv-00088-MP-AK

BASS,
GARRETT COBB,
DIXIE COUNTY JAIL,
LINSEY MCCANN,
KEITH ONEAL,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 14, Report and Recommendation of the Magistrate Judge, recommending that summary judgment be granted in favor of the defendants. The plaintiff filed objections, doc. 17, which the Court has reviewed. For the reasons given below, the Report and Recommendation is adopted.

The plaintiff was injured after guards let two trustee inmates into plaintiff's pod without correction officers present. One of them got into a fight with Plaintiff, and Plaintiff's jaw was broken in three places. The undisputed affidavit testimony shows that within the hour, he was taken to the emergency room at Nature Coast Hospital, where he was given an injection for pain and x-rayed. The physician there advised Cobb that Plaintiff would need to be treated by a specialist, and that he would not need to be admitted to the hospital or remain there overnight. An appointment was made at Shands Hospital for the next day, pain medication was provided, and Plaintiff was returned to the jail. He was treated the next day and then returned to the prison. Several days later, he returned to the emergency room and was treated for pneumonia.

The Court agrees with the Magistrate Judge that plaintiff has not alleged, much less offered proof, that any prison official knew or even should have known of any likelihood that one of the trustee inmates had violent tendencies or posed a fight risk with Plaintiff. Additionally, although Plaintiff's objections discuss the severity of his injuries, he does not dispute that he received the medical treatment described in the Report and Recommendation. Simply put, prison officials offered quick and sufficient medical treatment to plaintiff and were not deliberately indifferent to his medical needs; plaintiff simply disagrees with the course of treatment he was given.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. Summary judgment is granted for all defendants, this action is dismissed, and the clerk is directed to close the file.

**DONE AND ORDERED** this  *1st*   day of March, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge